IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRENTON JEFFERSON,

    Plaintiff,

vs.

MEARL JUSTUS, *et al.*,

    Defendants.

Case No. 12-cv-835-JPG-DGW

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. On October 10, 2012, the Court advised Jefferson that

> he is under a continuing obligation to keep the Clerk of Court and each opposing party informed of any change in his address; the Court will not independently investigate his whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs. Failure to comply with this order will cause a delay in the transmission of court documents and may result in dismissal of this action for want of prosecution. *See* Fed. R. Civ. P. 41(b).

Doc. 8, p. 4. Despite this warning, the docket sheet indicates Jefferson has failed to advise the Court of his updated mail address. *See* Docs. 28 & 29 (mailings from Court to Jefferson returned as undeliverable). Further, defendants filed a motion to dismiss (Doc. 26). Jefferson's response was due December 2, 2013, and he has yet to respond.

The Court **ORDERS** Jefferson to **SHOW CAUSE** on or before **May 21, 2014**, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why the Court should not construe his failure to timely respond to the motion to dismiss as an admission of the merits of the motion.

    **IT IS SO ORDERED.**

    **DATED:** May 8, 2014

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**