IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRENTON JEFFERSON,

    Plaintiff,

vs.

MEARL JUSTUS, *et al.*,

    Defendants.

Case No. 12-cv-835-JPG-DGW

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Court's order to show cause (Doc. 30). As the Court pointed out in its order to show cause, Jefferson was advised as to his obligation to keep the Clerk of Court informed of any change in address. *See* Doc. 8, p. 4. Despite the Court's warning, the docket sheet indicates Jefferson has failed to advise the Court of his updated mail address. *See* Docs. 28, 29 & 32 (mailings from Court to Jefferson returned as undeliverable). Further, defendants filed a motion to dismiss (Doc. 26). Jefferson's response was due December 2, 2013, and he has yet to respond. As such, the Court ordered Jefferson to show cause on or before May 21, 2014, why it should not dismiss this case for failure to prosecute. Jefferson failed to respond to the Court's show cause order.

As such, the Court dismisses this case for want of prosecution pursuant to Federal Rule of Civil Procedure Rule 41(b), **DENIES as moot** any pending motions, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED:** May 27, 2014

                                                                     s/ J. Phil Gilbert
                                                                   **J. PHIL GILBERT**
                                                                     **DISTRICT JUDGE**